**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUDON MCLEOD,

                          Plaintiff,                        18 **CIVIL** 115 (RA)

          -against-                        **JUDGMENT**

CORRECTION OFFICER WILLIAMS, *Shield Number #14366*,

                          Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 15, 2020, Defendant's motion for summary judgment is granted, and judgment is entered in favor of Defendant Williams; accordingly, this case is closed.

**Dated:** New York, New York
           May 15, 2020

                                                              **RUBY J. KRAJICK**
                                                              _____
                                                                  **Clerk of Court**
                                           **BY:**
                                                                  _____
                                                                     **Deputy Clerk**